## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STEWART ABRAMSON, on behalf of himself and others similarly situated, | : : : : : : : : : : : | Case No. 1:19-cv-3711 <br><br> Hon. Sara L. Ellis |
| Plaintiff, | | |
| v. | | |
| CONNECTED MARKETING, LLC, et al., | | |
| Defendants. | | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT CONNECTED MARKETING, LLC ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully submit this Stipulation of Dismissal of Plaintiff Stewart Abramson's claims in the above-entitled action against Defendant Connected Marketing, LLC without prejudice. Nothing in this dismissal is, or shall be construed to be, a dismissal of Plaintiff's claims against Defendant The Allstate Corporation.

Respectfully submitted,

| | |
|---|---|
| **/s/ Lewis S. Wiener, per email auth.** | **/s/ Jonathan P. Misny** |
| Lewis S. Wiener | Brian K. Murphy (6225697) |
| Eversheds Sutherland (US) LLP | Jonathan P. Misny |
| 700 Sixth Street, NW, Suite 700 | Murray Murphy Moul + Basil LLP |
| Washington, DC 20001-3980 | 1114 Dublin Road |
| (202) 383-0140 | Columbus, OH 43215 |
| (202) 637-3593 facsimile | (614) 488-0400 |
| lewiswiener@eversheds-sutherland.com | (614) 488-0401 facsimile |
| | murphy@mmmb.com |
| Robert D. Owen (6328997) | misny@mmmb.com |
| Timothy J. McCaffrey | |
| Eversheds Sutherland (US) LLP | Lauren E. Urban (6293832) |
| 900 North Michigan Avenue, Suite 1000 | 2425 N. Spaulding Ave., Floor 2 |
| Chicago, IL 60611 | Chicago, IL 60647 |
| (312) 724-8268 | (419) 344-1146 |
| (312) 724-9322 facsimile | lauren.elizabeth.urban@gmail.com |
| robertowen@eversheds-sutherland.com | |
| timmccaffrey@eversheds-sutherland.com | Anthony I. Paronich |
| | Paronich Law, P.C. |
| Francis X. Nolan | 350 Lincoln Street, Suite 2400 |
| Eversheds Sutherland (US) LLP | Hingham, MA 02043 |
| 1114 Avenue of the Americas, 40th Floor | (508) 221-1510 |
| New York, NY 10036 | anthony@paronichlaw.com |
| (212) 389-5083 | |
| (212) 389-5099 facsimile | Matthew P. McCue |
| franknolan@eversheds-sutherland.com | Law Office of Matthew P. McCue |
| | 1 South Ave. |
| *Counsel for Defendant The Allstate Corporation* | Natick, MA 01760 |
| | (508) 655-1415 |
| | mmccue@massattorneys.net |
| | |
| | *Counsel for Plaintiff* |

**/s/ Jean Y. Liu, per email auth.**
John D. Dalton (6197108)
Jean Y. Liu (6321017)
Kaufman Dolowich & Voluck LLP
135 S. LaSalle Street, Suite 2100
Chicago, IL 60603
(312) 759-1400
jdalton@kdvlaw.com
jliu@kdvlaw.com

*Counsel for Connected Marketing, LLC*

2