# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **Abramson**, <br><br> Plaintiff(s), <br><br> v. <br><br> Connected Marketing, <br><br> Defendant(s). | Case No.  19-cv-3711 <br> Judge  Sara L. Ellis |

## ORDER

The Court grants Plaintiff's motion to transfer venue [91] and transfer venue to the W.D. of Pennsylvania, Pittsburgh Division, pursuant to 28 USC 1404(a).  The Court denies Defendant Prossen Agency's motion for extension of time to file response/reply as to motion to transfer case [92] because the Court dismissed Defendants Prossen Agency and Wallen on a jurisdictional basis without prejudice, allowing Plaintiff to file suit against them in a jurisdiction where Defendants would be subject to personal jurisdiction.

Date:  6/23/2020                                                  /s/ Sara L. Ellis