# United States District Court
# Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:19–cv–03711

| | |
|---|---|
| Abramson v. Chicago Insurance Agency, Inc. et al | Date Filed: 06/04/2019 |
| Assigned to: Honorable Sara L. Ellis | Date Terminated: 06/23/2020 |
| Demand: $9,999,000 | Jury Demand: Both |
| Cause: 28:1331 Federal Question | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Stewart Abramson**　　　　　　　　　　　　represented by　**Brian Kevin Murphy**
*on behalf of himself and others similarly*　　　　　　　　　　　Murray Murphy Moul Basil LLP
*situated*　　　　　　　　　　　　　　　　　　　　　　　　　　1114 Dublin Road
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Columbus, OH 43215
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(614) 488–0400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: murphy@mmmb.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Anthony Paronich**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paronich Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(508) 221–1510
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: anthony@paronichlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Jonathan Patrick Misny**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Murray Murphy Moul Basil Llp
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1114 Dublin Road
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Columbus, OH 43215
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(614) 488–0400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: misny@mmmb.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Lauren E. Urban**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney At Law
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2425 N. Spaulding Ave.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Floor 2
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60647
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(419) 344–1146
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: lauren.elizabeth.snyder@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Matthew Mccue**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Law Office Of Matthew Mccue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1 South Ave, Suite 3
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Natick, MA 01760
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(508) 655–1415
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: mmccue@massattorneys.net
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Chicago Insurance Agency, Inc.**<br>*TERMINATED: 08/29/2019*<br>*doing business as*<br>Connected Leads<br>*TERMINATED: 08/29/2019* | represented by | **John D. Dalton**<br>Kaufman Dolowich & Voluck, LLP<br>135 S. LaSalle Street<br>Suite 2100<br>Chicago, IL 60603<br>(312) 759–1400<br>Email: jdalton@kdvlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Molly Jane Blaase**<br>Kaufman Dolowich Voluck Llp<br>135 South Lasalle Street<br>Suite 2100<br>Chicago, IL 60603<br>(312) 759–1400<br>Email: mblaase@kdvlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Sinjan Bose**<br>Kaufman Dolowich & Voluck, LLP<br>135 S. lasalle street, suite 2100<br>Chicago, IL 60603<br>312–759–1400<br>Email: sbose@kdvlaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **The Prossen Agency, LLC**<br>*TERMINATED: 03/09/2020* | represented by | **Jefferey Ogden Katz**<br>Patterson Law Firm LLC<br>200 W. Monroe<br>Suite 2025<br>Chicago, IL 60606<br>312 750 1817<br>Email: jkatz@pattersonlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David Lawrence Sanders**<br>Patterson Law Firm, LLC<br>200 W. Monroe Street<br>Suite 2025<br>Chicago, IL 60606<br>(312) 226–1699<br>Email: dsanders@pattersonlawfirm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Joanna Kopczyk** |

Patterson Law Firm, Llc
200 W. Monroe, Suite 2025
Chicago, IL 60606
(312) 223−1699
Email: jkopczyk@pattersonlawfirm.com
*ATTORNEY TO BE NOTICED*

**Michael Demuri Haeberle**
Patterson Law Firm
200 W. Monroe Street
Suite 2025
Chicago, IL 60606
(312) 226−1699
Email: mhaeberle@pattersonlawfirm.com
*ATTORNEY TO BE NOTICED*

**Sarah Kathleen Dunkley**
Patterson Law Firm
200 W. Monroe Street, Suite 2025
Chicago, IL 60606
(312) 750−1820
Email: sdunkley@pattersonlawfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Allstate Corporation**   represented by   **Lewis S. Wiener**
Eversheds Sutherland (US) LLP
700 Sixth Street, NW
Suite 700
Washington, DC 20001−3980
(202) 383−0140
Email: lewiswiener@eversheds−sutherland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis Xavier Nolan , IV**
Eversheds Sutherland (US) LLP
40th Floor
1114 Avenue of the Americas
New York, NY 10036
(212) 389−5083
Email: franknolan@eversheds−sutherland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Dewit Owen**
Eversheds Sutherland (us) Llp
900 North Michigan Avenue
Chicago, IL 60611
(312) 724−8268
Email: robertowen@eversheds−sutherland.com
*ATTORNEY TO BE NOTICED*

**Timothy J. McCaffrey**

                                        Freeborn & Peters LLP
                                        311 S. Wacker Drive
                                        Suite 3000
                                        Chicago, IL 60606
                                        (312) 360−6865
                                        Email: timmccaffrey@eversheds−sutherland.com
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Connected Marketing, LLC**           represented by  **John D. Dalton**
*TERMINATED: 06/16/2020*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jean Yi Jinn Liu**
                                                          Kaufman Dolowich & Voluck, LLP
                                                          135 S. LaSalle St.
                                                          Suite 2100
                                                          Chicago, IL 60603
                                                          (312) 312−759−1400
                                                          Email: jliu@kdvlaw.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Greg Sheppard**                             represented by  **John D. Dalton**
*TERMINATED: 12/09/2019*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jean Yi Jinn Liu**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**The Walling Agency, LLC**           represented by  **Amir R. Tahmassebi**
*TERMINATED: 03/09/2020*                                  Konicek & Dillon, P.C.
                                                          21 W. State Street
                                                          Geneva, IL 60134
                                                          (630)262−9655
                                                          Email: amir@konicekdillonlaw.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mark R Walling**
                                                          Law Office of Mark R. Walling
                                                          6101 South Park Avenue
                                                          Hamburg, NY 14075
                                                          (716) 632−2782
                                                          Email: markrwalling@gmail.com
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Patrick Thomas Snyder**
                                                          Konicek & Dillon, P.c.

70 W. Madison
Suite 2060
Chicago, IL 60602
(630) 262–9655
Email: pat@konicekdillonlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2019 | Ï 1 | COMPLAINT *Class Action Complaint* filed by Stewart Abramson; Jury Demand. Filing fee $ 400, receipt number 0752–15891111.(Murphy, Brian) (Entered: 06/04/2019) |
| 06/04/2019 | Ï 2 | CIVIL Cover Sheet (Murphy, Brian) (Entered: 06/04/2019) |
| 06/04/2019 | Ï 3 | ATTORNEY Appearance for Plaintiff Stewart Abramson by Brian Kevin Murphy (Murphy, Brian) (Entered: 06/04/2019) |
| 06/04/2019 | Ï 4 | ATTORNEY Appearance for Plaintiff Stewart Abramson by Lauren E. Urban (Urban, Lauren) (Entered: 06/04/2019) |
| 06/04/2019 | Ï 5 | ATTORNEY Appearance for Plaintiff Stewart Abramson by Jonathan Patrick Misny (Misny, Jonathan) (Entered: 06/04/2019) |
| 06/04/2019 | Ï | CASE ASSIGNED to the Honorable Sara L. Ellis. Designated as Magistrate Judge the Honorable Susan E. Cox. Case assignment: Random assignment. (jn, ) (Entered: 06/04/2019) |
| 06/04/2019 | Ï | SUMMONS Issued as to Defendants Chicago Insurance Agency, Inc., The Allstate Corporation, The Prossen Agency, LLC. (ew, ) (Entered: 06/04/2019) |
| 06/05/2019 | Ï 6 | NOTICE TO THE PARTIES – The Court is participating in the Mandatory Initial Discovery Pilot (MIDP). The key features and deadlines are set forth in this Notice which includes a link to the (MIDP) Standing Order and a Checklist for use by the parties. In cases subject to the pilot, all parties must respond to the mandatory initial discovery requests set forth in the Standing Order before initiating any further discovery in this case. Please note: The discovery obligations in the Standing Order supersede the disclosures required by Rule 26(a)(1). Any party seeking affirmative relief must serve a copy of the following documents (Notice of Mandatory Initial Discovery and the Standing Order) on each new party when the Complaint, Counterclaim, Crossclaim, or Third–Party Complaint is served. (bg, ) (Entered: 06/05/2019) |
| 06/10/2019 | Ï 7 | ATTORNEY Appearance for Plaintiff Stewart Abramson by Anthony Paronich (Paronich, Anthony) (Entered: 06/10/2019) |
| 06/14/2019 | Ï 8 | SUMMONS Returned Executed by Stewart Abramson as to The Prossen Agency, LLC on 6/14/2019, answer due 7/5/2019. (Murphy, Brian) (Entered: 06/14/2019) |
| 06/17/2019 | Ï 9 | MINUTE entry before the Honorable Sara L. Ellis: The initial status conference in this matter is set for 8/6/2019 at 9:30AM. The parties are directed to review the procedures and requirements for this conference on Judge Ellis' web site and to submit the required Initial Status Report by 7/30/2019. Mailed notice (rj, ) (Entered: 06/17/2019) |
| 06/25/2019 | Ï 10 | SUMMONS Returned Executed by Stewart Abramson as to Chicago Insurance Agency, Inc. on 6/24/2019, answer due 7/15/2019. (Murphy, Brian) (Entered: 06/25/2019) |
| 06/25/2019 | Ï 11 | ATTORNEY Appearance for Defendant The Allstate Corporation by Lewis S. Wiener (Wiener, Lewis) (Entered: 06/25/2019) |
| 06/25/2019 | Ï 12 | |

| | | |
|---|---|---|
| | | MOTION by Defendant The Allstate Corporation for extension of time to file answer regarding complaint 1 *or otherwise respond (agreed and unopposed)* (Wiener, Lewis) (Entered: 06/25/2019) |
| 06/25/2019 | Ï 13 | *Agreed* NOTICE of Motion by Lewis S. Wiener for presentment of motion for extension of time to file answer 12 before Honorable Sara L. Ellis on 7/2/2019 at 09:45 AM. (Wiener, Lewis) (Entered: 06/25/2019) |
| 06/26/2019 | Ï 14 | ATTORNEY Appearance for Defendant The Prossen Agency, LLC by David Lawrence Sanders (Sanders, David) (Entered: 06/26/2019) |
| 06/26/2019 | Ï 15 | ATTORNEY Appearance for Defendant The Prossen Agency, LLC by Jefferey Ogden Katz (Katz, Jefferey) (Entered: 06/26/2019) |
| 06/26/2019 | Ï 16 | MOTION by Defendant The Prossen Agency, LLC for extension of time to file answer *Complaint* (Sanders, David) (Entered: 06/26/2019) |
| 06/26/2019 | Ï 17 | NOTICE of Motion by David Lawrence Sanders for presentment of motion for extension of time to file answer 16 before Honorable Sara L. Ellis on 7/2/2019 at 09:45 AM. (Sanders, David) (Entered: 06/26/2019) |
| 06/26/2019 | Ï 18 | SUMMONS Returned Executed by Stewart Abramson as to The Allstate Corporation on 6/6/2019, answer due 6/27/2019. (Murphy, Brian) (Entered: 06/26/2019) |
| 07/01/2019 | Ï 19 | ATTORNEY Appearance for Defendant The Prossen Agency, LLC by Sarah Kathleen Dunkley (Dunkley, Sarah) (Entered: 07/01/2019) |
| 07/01/2019 | Ï 20 | MINUTE entry before the Honorable Sara L. Ellis: Defendants' motions for extension of time to answer or otherwise plead 12 , 16 are granted. Defendants' responsive pleadings are due by 7/29/19. Mailed notice (rj, ) (Entered: 07/01/2019) |
| 07/15/2019 | Ï 21 | MINUTE entry before the Honorable Sara L. Ellis: Status hearing set for 8/6/2019 is stricken and reset to 8/8/2019 at 1:30 p.m. Mailed notice (mw, ) (Entered: 07/15/2019) |
| 07/19/2019 | Ï 22 | MOTION by Defendant The Allstate Corporation for extension of time to file answer regarding complaint 1 *(agreed and unopposed)* (Wiener, Lewis) (Entered: 07/19/2019) |
| 07/19/2019 | Ï 23 | NOTICE of Motion by Lewis S. Wiener for presentment of motion for extension of time to file answer 22 before Honorable Sara L. Ellis on 7/30/2019 at 09:45 AM. (Wiener, Lewis) (Entered: 07/19/2019) |
| 07/22/2019 | Ï 24 | ATTORNEY Appearance for Defendant The Allstate Corporation by Robert Dewit Owen (Owen, Robert) (Entered: 07/22/2019) |
| 07/25/2019 | Ï 25 | MOTION by Defendant The Prossen Agency, LLC for extension of time to file answer *Complaint* (Sanders, David) (Entered: 07/25/2019) |
| 07/25/2019 | Ï 26 | NOTICE of Motion by David Lawrence Sanders for presentment of motion for extension of time to file answer 25 before Honorable Sara L. Ellis on 7/30/2019 at 09:45 AM. (Sanders, David) (Entered: 07/25/2019) |
| 07/29/2019 | Ï 27 | ATTORNEY Appearance for Defendant The Prossen Agency, LLC by Michael Demuri Haeberle (Haeberle, Michael) (Entered: 07/29/2019) |
| 07/29/2019 | Ï 28 | MINUTE entry before the Honorable Sara L. Ellis: Defendants' motions for extension of time to answer or otherwise plead 22 25 are granted. Defendants' responsive pleadings are due by 8/19/19. The Court strikes the status date set for 8/6/19 and resets it to 9/11/19 at 9:30 a.m., with the initial status report due by 9/4/19. Mailed notice (cn). (Entered: 07/29/2019) |
| 07/29/2019 | Ï 29 | |

| | | |
|---|---|---|
| | | ATTORNEY Appearance for Defendant Chicago Insurance Agency, Inc. by John D. Dalton (Dalton, John) (Entered: 07/29/2019) |
| 07/29/2019 | 30 | ATTORNEY Appearance for Defendant Chicago Insurance Agency, Inc. by Sinjan Bose (Bose, Sinjan) (Entered: 07/29/2019) |
| 07/29/2019 | 31 | ATTORNEY Appearance for Defendant Chicago Insurance Agency, Inc. by Molly Jane Blaase (Blaase, Molly) (Entered: 07/29/2019) |
| 07/30/2019 | 32 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752–16085891. (Nolan, Francis) (Entered: 07/30/2019) |
| 07/31/2019 | 33 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752–16088635. (Mccue, Matthew) (Entered: 07/31/2019) |
| 08/19/2019 | 34 | MOTION by Defendant The Prossen Agency, LLC to dismiss (Sanders, David) (Entered: 08/19/2019) |
| 08/19/2019 | 35 | NOTICE of Motion by David Lawrence Sanders for presentment of motion to dismiss 34 before Honorable Sara L. Ellis on 9/11/2019 at 09:45 AM. (Sanders, David) (Entered: 08/19/2019) |
| 08/19/2019 | 36 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Chicago Insurance Agency, Inc. (Dalton, John) (Entered: 08/19/2019) |
| 08/19/2019 | 37 | MEMORANDUM by Chicago Insurance Agency, Inc. in support of Motion to Dismiss for Failure to State a Claim 36 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Dalton, John) (Entered: 08/19/2019) |
| 08/19/2019 | 38 | NOTICE of Motion by John D. Dalton for presentment of Motion to Dismiss for Failure to State a Claim 36 before Honorable Sara L. Ellis on 9/11/2019 at 09:45 AM. (Dalton, John) (Entered: 08/19/2019) |
| 08/19/2019 | 39 | *Defendant's* ANSWER to Complaint *and Affirmative Defenses* by The Allstate Corporation(Wiener, Lewis) (Entered: 08/19/2019) |
| 08/19/2019 | 40 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by The Allstate Corporation (Wiener, Lewis) (Entered: 08/19/2019) |
| 08/19/2019 | 41 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by The Prossen Agency, LLC (Sanders, David) (Entered: 08/19/2019) |
| 08/20/2019 | 42 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Chicago Insurance Agency, Inc. *Disclosure of Financially Interested Parties* (Dalton, John) (Entered: 08/20/2019) |
| 08/21/2019 | 43 | ORDER: Motions for leave to appear pro hac vice ( 32 , 33 ) are granted. Signed by the Honorable Sara L. Ellis on 8/21/2019. Mailed notice. (bg, ) (Entered: 08/21/2019) |
| 08/29/2019 | 44 | AMENDED complaint by Stewart Abramson against The Allstate Corporation, The Prossen Agency, LLC, Connected Marketing, LLC, Greg Sheppard, The Walling Agency, LLC and terminating Chicago Insurance Agency, Inc. (Murphy, Brian) (Entered: 08/29/2019) |
| 08/29/2019 | | SUMMONS Issued as to Defendants Connected Marketing, LLC, Greg Sheppard, The Walling Agency, LLC (jn, ) (Entered: 08/29/2019) |
| 09/04/2019 | 45 | STATUS Report *Joint Initial Status Report* by Stewart Abramson (Misny, Jonathan) (Entered: 09/04/2019) |
| 09/11/2019 | 46 | MINUTE entry before the Honorable Sara L. Ellis:Status & motion hearing held on 9/11/19. Briefing schedule on motion to dismiss for lack of personal jurisdiction: Plaintiff's response is due |

| | | |
|---|---|---|
| | | by 9/23/19; Defendant's reply is due by 9/30/19. Plaintiff reports that service on remaining Defendants is being effectuated. Waiver of service of a summons shall be executed no later than 9/20/19. All Defendants' answers are due by 11/20/19. Discovery schedule: MIDP is due by 12/20/19; written discovery to issue by 1/10/20; final supplementation of MIDP is due by 5/22/20; fact discovery closes on 6/26/20. Next status date set for 12/5/19 at 1:30 p.m. for ruling on motion to dismiss and report on discovery and settlement. Mailed notice (rj, ) (Entered: 09/11/2019) |
| 09/13/2019 | 47 | TRANSCRIPT OF PROCEEDINGS held on 09/11/19 before the Honorable Sara L. Ellis. Order Number: 36041. Court Reporter Contact Information: Patrick Mullen, (312) 435–5565, patrick_mullen@ilnd.uscourts.gov. <br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br>Redaction Request due 10/4/2019. Redacted Transcript Deadline set for 10/15/2019. Release of Transcript Restriction set for 12/12/2019. (Mullen, Patrick) (Entered: 09/13/2019) |
| 09/23/2019 | 48 | MEMORANDUM by Stewart Abramson in Opposition to motion to dismiss 34 (Attachments: # 1 Exhibit 1 – Declaration of Stewart Abramson, # 2 Exhibit 2 – Transcript)(Murphy, Brian) (Entered: 09/23/2019) |
| 09/26/2019 | 49 | WAIVER OF SERVICE returned executed by Stewart Abramson. Connected Marketing, LLC waiver sent on 9/20/2019, answer due 11/19/2019. (Murphy, Brian) (Entered: 09/26/2019) |
| 09/26/2019 | 50 | WAIVER OF SERVICE returned executed by Stewart Abramson. Greg Sheppard waiver sent on 9/20/2019, answer due 11/19/2019. (Murphy, Brian) (Entered: 09/26/2019) |
| 09/30/2019 | 51 | REPLY by Defendant The Prossen Agency, LLC to motion to dismiss 34 (Attachments: # 1 Notice of Filing Notice of Filing)(Sanders, David) (Entered: 09/30/2019) |
| 10/01/2019 | 52 | SUMMONS Returned Executed by Stewart Abramson as to The Walling Agency, LLC on 9/18/2019, answer due 10/9/2019. (Murphy, Brian) (Entered: 10/01/2019) |
| 10/04/2019 | 53 | ATTORNEY Appearance for Defendant The Walling Agency, LLC by Amir R. Tahmassebi (Tahmassebi, Amir) (Entered: 10/04/2019) |
| 10/23/2019 | 54 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752–16366957. (Walling, Mark) (Entered: 10/23/2019) |
| 10/24/2019 | 55 | NOTICE of Service of Responses to Mandatory Initial Discovery (MIDP) , filed by Plaintiff Stewart Abramson. (Paronich, Anthony) (Entered: 10/24/2019) |
| 10/28/2019 | 56 | ORDER: Motion by Mark R. Walling for leave to appear pro hac vice 54 is granted. Signed by the Honorable Sara L. Ellis on 10/28/2019. Mailed notice. (bg, ) (Entered: 10/28/2019) |
| 10/29/2019 | 57 | MOTION by Defendant The Walling Agency, LLC for extension of time (Walling, Mark) (Entered: 10/29/2019) |
| 11/04/2019 | 58 | MOTION by Defendant The Walling Agency, LLC to dismiss for lack of jurisdiction (Attachments: # 1 Affidavit of Michael Walling, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Walling, Mark) (Entered: 11/04/2019) |
| 11/04/2019 | 59 | NOTICE of Motion by Mark R Walling for presentment of motion to dismiss/lack of jurisdiction 58 before Honorable Sara L. Ellis on 12/10/2019 at 09:45 AM. (Walling, Mark) (Entered: 11/04/2019) |

| | | |
|---|---|---|
| 11/05/2019 | 60 | MINUTE entry before the Honorable Sara L. Ellis: The Court sets the following briefing schedule on Defendant The Walling Agency, LLC's motion to dismiss 58 : Plaintiff's response due 11/26/19; Defendant The Walling Agency, LLC's reply due 12/6/19. The Court denies Defendant Chicago Insurance Agency, Inc.'s motion to dismiss 36 as moot in light of the filing of the amended complaint 44 . The Court strikes the status hearing and ruling date of 12/5/19 and resets it to 1/30/20 at 1:30 p.m. Mailed notice (rj, ) (Entered: 11/05/2019) |
| 11/05/2019 | 61 | NOTICE by The Walling Agency, LLC *corporate disclosure statement* (Walling, Mark) (Entered: 11/05/2019) |
| 11/20/2019 | 62 | ANSWER to amended complaint by The Allstate Corporation(Wiener, Lewis) (Entered: 11/20/2019) |
| 11/20/2019 | 63 | MOTION by Defendant The Allstate Corporation for extension of time *to the Discovery Schedule* (Wiener, Lewis) (Entered: 11/20/2019) |
| 11/20/2019 | 64 | NOTICE of Motion by Lewis S. Wiener for presentment of extension of time 63 before Honorable Sara L. Ellis on 12/10/2019 at 09:45 AM. (Wiener, Lewis) (Entered: 11/20/2019) |
| 11/20/2019 | 65 | ATTORNEY Appearance for Defendants Connected Marketing, LLC, Greg Sheppard by John D. Dalton (Dalton, John) (Entered: 11/20/2019) |
| 11/20/2019 | 66 | MOTION by Defendants Connected Marketing, LLC, Greg Sheppard for extension of time to file answer regarding amended complaint 44 (Dalton, John) (Entered: 11/20/2019) |
| 11/20/2019 | 67 | ATTORNEY Appearance for Defendants Connected Marketing, LLC, Greg Sheppard by Jean Yi Jinn Liu (Liu, Jean) (Entered: 11/20/2019) |
| 11/20/2019 | 68 | NOTICE of Motion by John D. Dalton for presentment of motion for extension of time to file answer 66 before Honorable Sara L. Ellis on 12/3/2019 at 09:45 AM. (Dalton, John) (Entered: 11/20/2019) |
| 11/25/2019 | 69 | RESPONSE by Stewart Abramsonin Opposition to MOTION by Defendant The Walling Agency, LLC to dismiss for lack of jurisdiction 58 (Murphy, Brian) (Entered: 11/25/2019) |
| 11/27/2019 | 70 | MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendants Greg Sheppard's and Connected Marketing, LLC's motion for extension of time to answer or otherwise plead 66 . Defendants' responsive pleadings are due by 12/4/19. The Court grants Defendant Allstate's motion to extend the discovery schedule 63 . The Court revises the discovery schedule as follows: MIDP is due by 2/14/20; written discovery to issue by 3/6/20; final supplementation of MIDP is due by 7/31/20; fact discovery closes on 8/28/20. Mailed notice (rj, ) (Entered: 11/27/2019) |
| 12/04/2019 | 71 | ANSWER to amended complaint by Connected Marketing, LLC(Dalton, John) (Entered: 12/04/2019) |
| 12/05/2019 | 72 | REPLY by Defendant The Walling Agency, LLC to response in opposition to motion 69 (Attachments: # 1 Certificate of Service)(Walling, Mark) (Entered: 12/05/2019) |
| 12/05/2019 | 73 | NOTICE of Voluntary Dismissal by Stewart Abramson *Without Prejudice as to Defendant Greg Sheppard Only* (Murphy, Brian) (Entered: 12/05/2019) |
| 12/09/2019 | 74 | MINUTE entry before the Honorable Sara L. Ellis: Pursuant to notice of dismissal Greg Sheppard is dismissed without prejudice 73 . Mailed notice (rj, ) (Entered: 12/09/2019) |
| 01/21/2020 | 75 | MINUTE entry before the Honorable Sara L. Ellis: The Court strikes ruling date set for 1/30/2020 and resets it to 3/11/2020 at 9:30 AM. Mailed notice (rj, ) (Entered: 01/21/2020) |
| 01/30/2020 | 76 | |

| | | |
|---|---|---|
| | | MOTION by Defendant The Allstate Corporation for extension of time *to the Discovery Schedule* (Wiener, Lewis) (Entered: 01/30/2020) |
| 01/30/2020 | 77 | NOTICE of Motion by Lewis S. Wiener for presentment of extension of time 76 before Honorable Sara L. Ellis on 2/5/2020 at 09:45 AM. (Wiener, Lewis) (Entered: 01/30/2020) |
| 01/30/2020 | 78 | ATTORNEY Appearance for Defendant The Allstate Corporation by Timothy J. McCaffrey (McCaffrey, Timothy) (Entered: 01/30/2020) |
| 02/04/2020 | 79 | ATTORNEY Appearance for Defendant The Walling Agency, LLC by Patrick Thomas Snyder (Snyder, Patrick) (Entered: 02/04/2020) |
| 02/04/2020 | 80 | ATTORNEY Appearance for Defendant The Prossen Agency, LLC by Joanna Kopczyk (Kopczyk, Joanna) (Entered: 02/04/2020) |
| 02/04/2020 | 81 | MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendant Allstate's motion to extend the discovery schedule 76 . The Court revises the discovery schedule as follows: MIDP is due by 3/26/20; written discovery to issue by 4/16/20; final supplementation of MIDP is due by 8/31/20; fact discovery closes on 9/28/20. Mailed notice (rj, ) (Entered: 02/04/2020) |
| 03/09/2020 | 82 | OPINION AND ORDER: The Court grants Prossen and Walling's motions to dismiss [34, 58]. The Court dismisses Abramson's claims against Prossen and Walling without prejudice. Signed by the Honorable Sara L. Ellis on 3/9/2020.Mailed notice(sxw, ) (Entered: 03/09/2020) |
| 03/11/2020 | 83 | MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 3/11/2020. Discovery schedule to stand. Status hearing set for 7/7/2020 at 9:30 AM to report on settlement and discovery. Mailed notice (rj, ) (Entered: 03/12/2020) |
| 03/16/2020 | 84 | ORDER Amended General Order 20–0012 IN RE: CORONAVIRUS COVID–19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 16, 2020. All open cases are impacted by this Amended General Order. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/16/2020: Mailed notice. (td, ) (Entered: 03/18/2020) |
| 03/30/2020 | 85 | ORDER Seconded Amended General Order 20–0012 IN RE: CORONAVIRUS COVID–19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 30, 2020. All open cases are impacted by this Second Amended General Order. Amended General Order 20–0012, entered on March 17, 2020, and General Order 20–0014, entered on March 20, 2020, are vacated and superseded by this Second Amended General. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/30/2020: Mailed notice. (docket3, ) (Entered: 03/31/2020) |
| 04/24/2020 | 86 | ORDER Third Amended General Order 20–0012 IN RE: CORONAVIRUS COVID–19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on April 24, 2020. All open cases are impacted by this Third Amended General Order. Parties are must carefully review all obligations under this Order, including the requirement listed in paragraph number 5 to file a joint written status report in most civil cases. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 4/24/2020: Mailed notice. (docket5, ) (Entered: 04/27/2020) |
| 05/15/2020 | 87 | STATUS Report *Joint Covid–19 Status Report* by Stewart Abramson (Murphy, Brian) (Entered: 05/15/2020) |
| 05/26/2020 | 88 | ORDER ORDER Fourth Amended General Order 20–0012 IN RE: CORONAVIRUS COVID–19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on May 26, 2020. This Order does not extend or modify any deadlines set in civil cases. For non–emergency motions, no motion may be noticed for presentment on a date earlier than July 15, 2020. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 5/26/2020: Mailed notice. (docket6, ) (Entered: 05/26/2020) |

| | | |
|---|---|---|
| 06/12/2020 | 89 | STIPULATION of Dismissal *Without Prejudice as to Defendant Connected Marketing, LLC Only* (Misny, Jonathan) (Entered: 06/12/2020) |
| 06/16/2020 | 90 | MINUTE entry before the Honorable Sara L. Ellis: Pursuant to notice of dismissal 89 Connected Marketing, LLC is dismissed without prejudice. Mailed notice (rj, ) (Entered: 06/16/2020) |
| 06/19/2020 | 91 | MOTION by Plaintiff Stewart Abramson to transfer case *Unopposed Motion to Transfer Venue* (Misny, Jonathan) (Entered: 06/19/2020) |
| 06/22/2020 | 92 | MOTION by Defendant The Prossen Agency, LLC for extension of time to file response/reply as to motion to transfer case 91 (Sanders, David) (Entered: 06/22/2020) |
| 06/22/2020 | 93 | NOTICE of Motion by David Lawrence Sanders for presentment of motion for extension of time to file response/reply 92 before Honorable Sara L. Ellis on 7/7/2020 at 09:30 AM. (Sanders, David) (Entered: 06/22/2020) |
| 06/23/2020 | 94 | ORDER: The Court grants Plaintiff's motion to transfer venue 91 and transfer venue to the W.D. of Pennsylvania, Pittsburgh Division, pursuant to 28 USC 1404 (a). The Court denies Defendant Prossen Agency's motion for extension of time to file response/reply as to motion to transfer case 92 because the Court dismissed Defendants Prossen Agency and Wallen on a jurisdictional basis without prejudice, allowing Plaintiff to file suit against them in a jurisdiction where Defendants would be subject to personal jurisdiction. Signed by the Honorable Sara L. Ellis on 6/23/2020. Mailed notice (aee, ) (Entered: 06/23/2020) |
| 07/27/2020 | 95 | TRANSFERRED to the W.D. of Pennsylvania, Pittsburgh Division the electronic record. (aee, ) (Entered: 07/27/2020) |