IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART ABRAMSON, on behalf of himself and others similarly situated, | : : : | Case No. 2:20-cv-01144-CB |
| | : | Judge Cathy Bissoon |
| Plaintiff, | : : | |
| v. | : : | |
| THE PROSSEN AGENCY, LLC, THE WALLING AGENCY, LLC, and THE ALLSTATE CORPORATION, | : : : : : | |
| Defendants. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JONATHAN P. MISNY

Jonathan P. Misny, undersigned counsel for Plaintiff Stewart Abramson, hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Stewart Abramson pursuant to LCvR 83.2 and LCvR 83.3.

In support of this motion, undersigned counsel attaches a Declaration for Admission *Pro Hac Vice*, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: August 13, 2020

Respectfully submitted,

**/s/ Jonathan P. Misny**
Jonathan P. Misny (0090673) (Ohio)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: misny@mmmb.com

*Counsel for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

                                             **/s/ Jonathan P. Misny**
                                             Jonathan P. Misny (0090673) (Ohio)