**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE PROSSEN AGENCY, LLC, THE WALLING AGENCY, LLC and THE ALLSTATE CORPORATION,<br><br>    Defendants. | )<br>)<br>)  Case No. 2:20-cv-01144-CB<br>)<br>)<br>)<br>)  Honorable Cathy Bissoon<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF FRANCIS X. NOLAN, IV

Francis X. Nolan, IV, undersigned counsel for Defendant The Allstate Corporation, hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant The Allstate Corporation pursuant to LCvR 83.2 and LCvR 83.3.

In support of this motion, undersigned counsel attaches the Declaration for Admission Pro Hac Vice of Francis X. Nolan filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules.

Dated: August 28, 2020

Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

By:     */s Francis X. Nolan, IV*
        Francis X. Nolan, IV (NY Bar No. 4711628)
        1114 Avenue of the Americas
        The Grace Building, 40th Floor
        New York, New York 10036
        Telephone:  (212) 389-5083
        Facsimile:  (212) 389-5099
        franknolan@eversheds-sutherland.com
        *Attorney for Defendant The Allstate Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/Francis X. Nolan, IV*
Francis X. Nolan, IV
