IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE PROSSEN AGENCY, LLC, THE WALLING AGENCY, LLC and THE ALLSTATE CORPORATION,<br><br>Defendants | Case No. 2:20-cv-01144-CB<br><br>Hon. Cathy Bissoon |

**AFFIDAVIT OF MARK R. WALLING IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Mark R. Walling, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant, The Walling Agency, LLC in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Mark R. Walling, being duly sworn, hereby depose and say as follows:

1. I am a Lawyer of the Law Office of Mark R. Walling.

2. My business address is 6101 South Park Avenue, Hamburg, New York 14075.

3. I am a member in good standing of the bar of New York.

4. My bar identification number is 1931591.

5. A current certificate of good standing from the United States District Court for the Western District of New York is attached to this Affidavit as Exhibit 1.

6. I am admitted to practice and am in good standing in the Supreme Court of New York, the U.S. District Court for the Northern District of New York, the

1

    U.S. States District Court for the Western District of New York and the U.S. Court of Appeals for the Second Circuit.

7. I have not been subject to any disciplinary proceedings concerning my practice of law by the disciplinary authority of any bar of any state or any United States court.

8. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

9. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

10. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

DATED: September 10, 2020

                                         /s/ Mark R. Walling\_\_\_
                                         Mark R. Walling