**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEWART ABRAMSON, on behalf of himself and others similarly situated, | : : | Case No. 2:20-cv-01144-CB |
| | : | Judge Cathy Bissoon |
| Plaintiff, | : : | |
| v. | : : | |
| THE PROSSEN AGENCY, LLC, THE WALLING AGENCY, LLC, and THE ALLSTATE CORPORATION, | : : : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S CONSENT MOTION TO SUBSTITUTE PARTY NAME**

Plaintiff Stewart Abramson moves to substitute the party name "Allstate Insurance Company" for the currently named "The Allstate Corporation."  Pursuant to Federal Rule of Civil Procedure 21, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party."  Counsel for Defendant The Allstate Corporation has identified that the proper party name is Allstate Insurance Company and has assented to this motion on behalf of both entities.

PLAINTIFF, STEWART ABRAMSON
By his attorneys,

**/s/ Brian K. Murphy**
Brian K. Murphy (admitted *pro hac vice*)
Jonathan P. Misny (admitted *pro hac vice*)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH  43215
(614) 488-0400
(614) 488-0401 facsimile
murphy@mmmb.com
misny@mmmb.com

Lauren E. Urban
1424 N. Hoyne Ave.
Chicago, IL 60622
(419) 344-1146
lauren.elizabeth.urban@gmail.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Matthew P. McCue
Law Office of Matthew P. McCue
1 South Ave.
Natick, MA 01760
(508) 655-1415
mmccue@massattorneys.net

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2020, the foregoing was filed using the CM/ECF system, which will automatically provide notice to the following by electronic means to all counsel of record.

**/s/ Brian K. Murphy**
Brian K. Murphy