## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE PROSSEN AGENCY, LLC, THE WALLING AGENCY, LLC and ALLSTATE INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) ) ) |

Case No. 2:20-cv-01144-CB

**CLASS ACTION**

Honorable Cathy Bissoon

## JOINT NOTICE OF SETTLEMENT

Plaintiff Stewart Abramson ("Plaintiff") and Defendants The Prossen Agency, LLC, The Walling Agency, LLC, and Allstate Insurance Company (collectively, "Defendants"), notify the Court that the Parties have reached settlement in principle of this matter.  Plaintiff will file a stipulation of dismissal of this action against all defendants with prejudice as to the named Plaintiff Abramson, and without prejudice as to the putative, uncertified class, pursuant to Federal Rule of Civil Procedure 41 upon the execution and completion of the settlement agreement.

Dated:  April 23, 2021

Respectfully submitted,

*/s/ Kymberly Kochis*
Kymberly Kochis (No. 319846)
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of the Americas, 40th Fl.
New York, NY 10036-7703
Telephone: 212-389-5068
Facsimile: 212-389-5099
Email: kymberlykochis@eversheds-sutherland.com

Lewis S. Wiener (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP

1

700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
Telephone: 202-383-0140
Facsimile: 202-637-3593
Email: lewiswiener@eversheds-sutherland.com

Francis X. Nolan (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of the Americas, 40th Fl.
New York, NY 10036-7703
Telephone: 212-389-5083
Facsimile: 212-389-5099
Email: franknolan@eversheds-sutherland.com

*Attorneys for Allstate Insurance Company*

/s/ Jason A. Medure
JASON A. MEDURE, ESQ. (Pa. Bar No. 90976)
713 Wilmington Avenue
New Castle, PA 16101
Telephone: (724) 653-7855
Facsimile: (724) 202-7918
Email: jmedure@medurebonnerlaw.com

*Attorney for The Prossen Agency*

/s/ Mark R. Walling
Mark R. Walling, Esq. (*pro hac vice*)
NY I.D. No. 1931591
6101 South Park Avenue
Hamburg, New York 14075
(716) 632-2782
mwalling@wallinglaw.com

*Attorney for the Walling Agency*

/s/ Matthew P. McCue
Matthew P. McCue
Law Office of Matthew P. McCue
1 South Ave.
Natick, MA 01760
(508) 655-1415
mmccue@massattorneys.net

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2021 a true and correct copy of the foregoing JOINT

NOTICE OF SETTLEMENT was served via the CM/ECF system, which will send notification

to all counsel of record.


*/s/ Kymberly Kochis*
Kymberly Kochis